# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Michael Olthoff,<br><br>        Plaintiff,<br><br>v.<br><br>Jason Warnygora, acting in his individual capacity as a Carlton County Deputy; Carlton County; the City of Moose Lake, as a member of the Carlton County area Consolidated Emergency Response Team (CERT); and the City of Cloquet, as a member of the Carlton County area CERT,<br><br>        Defendants. | Case No.  20-cv-00956 (ECT-LIB)<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE OF<br>DEFENDANT JASON WARNYGORA** |

The undersigned attorneys hereby advise the Court that all of the claims by Plaintiff, Shawn Michael Olthoff, against Defendant, Jason Warnygora, individually, and in his official capacity, or otherwise, in the above-entitled cause of action are hereby dismissed with prejudice.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN, Plaintiff, Shawn Michael Olthoff, and his attorney, Robert Bennett, and the attorneys for Defendants, that Plaintiff Shawn Olthoff's entire action against Jason Warnygora, either officially or individually, or otherwise, is hereby dismissed with prejudice.

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and further that no payment or separate consideration is being paid for entering into this dismissal from or on behalf of Jason Warnygora.  These parties also agree that no costs or

disbursements or attorney's fees, including attorney's fees pursuant to 42 U.S.C. § 1988 will be sought, recovered, or paid by Plaintiff or the dismissed Defendant.

The undersigned hereby pray for an Order of the Court dismissing all claims against Defendant Jason Warnygora, either officially or individually, or otherwise.

IT IS FURTHER STIPULATED that, without further notice, all of Plaintiff's claims against Jason Warnygora, without costs or disbursements or attorney's fees to any of the parties, are dismissed on the merits and with prejudice.

Dated:  10/2/2020             **ROBINS KAPLAN LLP**

s/ Marc E. Betinsky
Robert Bennett, 6713
Andrew J. Noel, 322118
Kathryn H. Bennett, 0392087
Marc E. Betinsky, 0388414
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
mbetinsky@robinskaplan.com

***Attorneys for Plaintiff***

Dated: 10/2/2020             **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

                                           By:  s/ Joseph E. Flynn
                                           Joseph E. Flynn, #165712
                                           Vicki A. Hruby, #0391163
                                           8519 Eagle Point Boulevard, Suite 100
                                           Lake Elmo, MN 55042-8624
                                           Telephone: (651) 290-6500
                                           Facsimile: (651) 223-5070
                                           jflynn@jlolaw.com
                                           vhruby@jlolaw.com

                                           ***Attorneys for Defendants Jason Warnygora and Carlton County***

Dated:  10/2/2020            **IVERSON REUVERS CONDON**

                                           By s/ Jason Hiveley
                                           Jason Hiveley, #311546
                                           9321 Ensign Avenue South
                                           Bloomington, MN 55438
                                           Telephone: 952.548.7200
                                           Facsimile: 952.548.7210
                                           jasonh@irc-law.com

                                           ***Attorneys for Defendants City of Moose Lake and City of Cloquet***