UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Shawn Michael Olthoff,

Plaintiff,

v.

Jason Warnygora, acting in his individual capacity as a Carlton County Deputy; Carlton County; the City of Moose Lake, as a member of the Carlton County area Consolidated Emergency Response Team (CERT); and the City of Cloquet, as a member of the Carlton County area CERT,

Defendants.

Case No. 20-cv-00956 (ECT-LIB)

**ORDER**

---

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 18] entered into by Plaintiff and the remaining Defendants,

**IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice in its entirety, on the merits, and without costs, disbursements, or attorneys' fees to any party.

Date: October 6, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court